FILED-USDC-NDTX-DA
'25 AUG 15 PM2:13

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ABLE GROUPE, INC.

NO. 3-25CR-373 N

Title 21 U.S.C. §§ 331(ee), 333(a)(2);
18 U.S.C. § 545; Notice of Forfeiture

## INFORMATION

THE UNITED STATES CHARGES THAT:

## COUNT ONE
*(21 U.S.C. §§ 331(ee), 333(a)(2))*

On our about February 22, 2021, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **ABLE GROUPE, INC.** did import and cause the importation of food, within the meaning of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. §§ 321(f), (z), into the United States in violation of the U.S. Food and Drug Administration's ("FDA") Prior Notice requirements set forth in 21 U.S.C. §381(m) and 21 C.F.R. §§ 1.276-1.285, with the intent to defraud or mislead.

Specifically, defendant **ABLE GROUPE, INC.** imported and caused the importing of 400 pieces of European infant formula subject to one or more FDA Import Alerts into the United States for use, storage, or distribution in the United States without providing any Prior Notice to FDA, and did so with the intent to defraud or mislead the FDA regarding **ABLE GROUPE, INC.'s** unlawful importation of the European infant formula for resale and distribution in the United States.

**Information—Page 1**

## COUNT TWO

*(18 U.S.C. § 545)*

On or about May 5, 2021, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **ABLE GROUPE, INC.**, knowingly and willfully, with an intent to defraud the United States, did make out, pass, and attempt to pass through the customhouse, false and fraudulent documents.

Specifically, **ABLE GROUPE, INC.** knowingly and willfully, with an intent to defraud the United States, did attempt to pass through U.S. Customs 64 containers of European infant formula for commercial resale purposes, including formula subject to one or more FDA Import Alerts, with documents submitted to the United States that falsely and fraudulently described the shipments as containing "dry household items" or "dry breakfast mix personal use."

## NOTICE OF FORFEITURE

*(18 U.S.C. §§ 545, 982)*

1.      Upon conviction of a violation of 18 U.S.C. § 545, set forth in Count Two of this Information, defendant

**ABLE GROUPE, INC.**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Sections 545 and 982, and Title 28, United States Code, Section 2461(c), the following:

a.      All right, title, and interest in any and all property, real or personal constituting, or derived from, any proceeds obtained, directly or indirectly, as a

Information—Page 2

result of each such offense;

      b.     Any and all merchandise introduced into the United States in violation of Title 18, United States Code, Section 545, or the value thereof; and

      c.     To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

2.     Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), the defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph, that is, at least $304,640, if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been comingled with other property that cannot be divided without difficulty.

**Information—Page 3**

AGREED TO AND SIGNED this 11th day of August, 2025.

LISA K. HSIAO
Acting Director
Consumer Protection Branch

PATRICK R. RUNKLE
Assistant Director
ALISHA M. CROVETTO
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20530
202-532-4723
Patrick.R.Runkle@usdoj.gov

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

MATTHEW WEYBRECHT
First Assistant / Acting Criminal Chief
State Bar of Texas No. 24102642
Telephone: 214-659-8640
Fax: 214-659-8806
matthew.weybrecht@usdoj.gov